IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BRANDON JAMOND ROGERS | § | |
| V. | § | CIVIL ACTION NO. 9:06CV262 |
| NACOGDOCHES COUNTY SHERIFF'S DEPARTMENT | § | |

ORDER ADMINISTRATIVELY CLOSING

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore,

**ORDERED** that the above-styled case shall be and is hereby **ADMINISTRATIVELY CLOSED** pending resolution of Plaintiff's criminal charges.  The case shall be placed back on the active docket when Plaintiff notifies the Court that he is ready to proceed with an evidentiary hearing.

**SIGNED** this the 14 day of **March, 2007.**

Thad Heartfield
United States District Judge